SUMMIT DEFENSE
A Professional Law Corporation
JAMES T. REILLY, Attorney at Law
California State Bar No. 67254
4040 Civic Center Drive, Suite 200
San Rafael, CA 94903

Phone:  510-412-8900
Cell:   415-913-0787
Fax:    415-689-5213
email:  jim@summitdefense.com

Attorneys for Defendant KATHERINE HERRERA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-mj-0089 EFB |
| Plaintiff, | MOTION AND (PROPOSED) ORDER TO FILE UNDER SEAL DEFENDANT'S RESPONSE TO GOVERNMENT'S REQUEST FOR PRETRIAL DETENTION |
| vs. | |
| KATHERINE HERRERA, | |
| Defendant. | Date: Wednesday June 10, 2020<br>Time: 2:00 pm<br>Court: Honorable Magistrate Judge Edmund F. Brennan |

**DEFENDANT KATHERINE HERRERA**, by and through counsel, hereby submits his Motion and (Proposed) Order to File Under Seal Defendant's Response to Government's Request for Pretrial Detention and all Exhibits attached thereto.

Respectfully submitted,

June 10, 2020

_____
JAMES T. REILLY, Attorney at Law
California State Bar No. 67254
Counsel for Defendant KATHERINE HERRERA

**MOTION TO FILE UNDER SEAL DEFENDANT'S RESPONSE
TO GOVERNMENT'S REQUEST FOR PRETRIAL DETENTION**

The Defendant's Response to Government's Request for Pretrial Detention and the Exhibits thereto contain confidential medical information regarding Defendant Katherine Herrera.

Miss Herrera therefore respectfully requests that her response and the attached exhibits be filed under seal.

Counsel for Miss Herrera, via email, has served on government counsel, Assistant U.S. Attorney Mira Chernick, copies of the Defendant's Response, the Exhibits thereto and this motion to file under seal.

Respectfully submitted,

_____
JAMES T. REILLY, Attorney at Law
Counsel for Defendant KATHERINE HERRERA

**(PROPOSED) ORDER GRANTING MOTION TO FILE UNDER SEAL
DEFENDANT'S RESPONSE TO GOVERNMENT'S REQUEST FOR PRETRIAL DETENTION**

Defendant's Motion to File Under Seal Defendant's Response to Government's Request for Pretrial Detention having been considered by the court and good cause appearing therefor, the motion is granted and the Response and attached Exhibits are to be filed under seal.

IT IS SO ORDERED.

DATED: June 10, 2020   _____
**The Honorable Edmund F. Brennan
Magistrate Judge, U.S. District Court
Eastern District of California, Sacramento**