McGREGOR W. SCOTT
United States Attorney
MIRA CHERNICK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| GOVERNMENT'S MEMORANDUM IN SUPPORT OF DETENTION | CASE NO.  2:20-MJ-00089-EFB<br><br>[~~PROPOSED~~] SEALING ORDER<br><br>**UNDER SEAL** |
|---|---|

# **S E A L I N G   O R D E R**

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the ~~file~~ government's memorandum in support of detention and exhibit 1 in the above-captioned matter be, and are hereby ordered, SEALED until further order of this Court.

Dated:      June 10, 2020

_____
THE HONORABLE EDMUND F. BRENNAN
U.S. MAGISTRATE JUDGE

[PROPOSED] ORDER